466 A.2d 1345

**COMMONWEALTH of Pennsylvania**

v.

**Daniel J. DI PIETRO, Appellant.**

Supreme Court of Pennsylvania.

Argued Oct. 26, 1983.

Decided Nov. 4, 1983.

Carmen P. Belefonte, Media, for appellant.

Vram Nedurian, Jr., Asst. Dist. Atty., Media, for appellee.

Before ROBERTS, C.J., and NIX, LARSEN, FLAHERTY, McDERMOTT, HUTCHINSON and ZAPPALA, JJ.

## ORDER

PER CURIAM:

The Order of the Superior Court remanding the record with directions is vacated and the judgments of sentence are affirmed.

ROBERTS, C.J., and NIX and ZAPPALA, JJ., dissent.